IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

EMJ CORPORATION
and WESTCHESTER FIRE
INSURANCE COMPANY                                                                    PLAINTIFFS

VS.                                                          CAUSE NO. 2:11-CV-228-GHD-JMV

HUDSON SPECIALTY INSURANCE
COMPANY                                                                              DEFENDANT

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Hudson Specialty Insurance Company hereby appeals to the United States Court of Appeals for the Fifth Circuit for review of the Order and Final Judgment [ECF Doc. 179] rendered in favor of Plaintiffs EMJ Corporation and Westchester Fire Insurance Company on March 11, 2015 (and those interlocutory and underlying orders and judgments incorporated therein).

RESPECTFULLY SUBMITTED, this the 9th day of April, 2015.

                                          HUDSON SPECIALTY INSURANCE
                                          COMPANY, *Defendant*

                                        By: s/*Louis G. Baine, III*
                                          LOUIS G. BAINE, III
                                          T. L. "SMITH" BOYKIN, III

<u>OF COUNSEL</u>:
LOUIS G. BAINE, III (MSB# 1705)
lbaine3@pagekruger.com
T. L. "SMITH" BOYKIN, III (MSB# 101256)
sboykin@pagekruger.com
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 1163
Jackson, Mississippi 39215-1163
Phone: (601) 420-0333/Facsimile: (601) 420-0033

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned counsel of record for Hudson Specialty Insurance Company, hereby certify that a true copy of the foregoing has been filed electronically through the Court's CM/ECF system. Notice of this filing was sent to all parties by operation of the CM/ECF system.

    Robert L. Shannon, Jr. (PHV)
    Hall Booth Smith, P.C.
    191 Peachtree Street, NE, Suite 2900
    Atlanta, Georgia 30303
    rshannon@hallbooth.com

    Mark D. Jicka, Esq.
    John B. Howell, Esq.
    Caroline K. Ivanov, Esq.
    Watkins & Eager, PLLC
    P. O. Box 650
    Jackson, MS  39205
    mjicka@watkinseager.com
    civanov@watkinseager.com

    Robert M. Kallam (PHV)
    Preis, PLC
    Versailles Centre
    102 Versailles Blvd., Suite 400
    Lafayette, LA  70501
    rkallam@preisroy.com

This the 9th day of April, 2015.

                                        By: s/*Louis G. Baine, III*
                                              LOUIS G. BAINE, III
                                              T. L. "SMITH" BOYKIN, III